UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STEPHANIE HAAS, )
)
    Plaintiff, )
)
v. ) Case No. 4:15-CV-00841-CDP
)
CITY OF PEVELY, MISSOURI, )
)
    Defendant. )
)

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

[ ] The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

[X] An ADR conference was held on: Dec. 29, 2015.

The required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on Dec. 29, 2015 _____.
The parties [ did ] achieve a settlement. Check one

### Option 3

[ ] Although this case was referred to ADR, a conference WAS NOT HELD.

Date: Jan. 20, 2016      Neutral: Karen Tokarz

TOKARZ, KAREN L.
Signature